UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE E. JACOBS, IV,<br><br>        Plaintiff,<br><br>     v.<br><br>CDCR, et al.,<br><br>        Defendants. | No. 1:20-cv-00547-DAD-BAM (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING CASE<br><br>(Doc. Nos. 23, 31) |

       Plaintiff George E. Jacobs, IV is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.  This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

       On April 6, 2021, the assigned magistrate judge issued findings and recommendations, recommending that this action be dismissed with prejudice due to plaintiff's failure to state a claim, failure to obey a court order, and failure to prosecute.  (Doc. No. 11.)

       On July 13, 2021, the undersigned issued an order granting plaintiff one, final twenty-one (21) day extension of time to file an amended complaint based in part on plaintiff's assurances that he was prepared to file an amended complaint addressing the previously noted deficiencies in his original complaint.  (Doc. No. 31 at 5.)  The court advised plaintiff that "any failure to file an amended complaint or notice of voluntary dismissal will result in the dismissal of his complaint

1

1  with prejudice." (*Id.*) Plaintiff has not filed any amended complaint or motion for a further
2  extension of time to do so and the date by which he was to file an amended complaint has again
3  passed.
4      In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a
5  *de novo* review of the case. Having carefully reviewed the entire file, the court finds the findings
6  and recommendations to be supported by the record and by proper analysis.
7      Accordingly,
8      1.    The findings and recommendations issued on April 6, 2021 (Doc. No. 6) are now
9            adopted in full;
10     2.    This action is dismissed with prejudice; and
11     3.    The Clerk of the Court is directed to close this case.
12 IT IS SO ORDERED.
13    Dated: **August 17, 2021**
14                                       UNITED STATES DISTRICT JUDGE